# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARVIN DUANE EVANS, *et al.*, )<br>)<br>Defendants. )<br>_____) | Case No.  2:12-cr-00072-MMD-CWH<br><br>**ORDER** |

      This matter is before the Court on Defendant Marvin Duane Evan's Motion for a Court Order Requiring Nevada Southern Detention Center to Provide him Halal Meals (#47), filed February 12, 2013.  Defendant has not provided any points or authorities in support of his request. Local Criminal Rule 47-9 provides that "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Marvin Duane Evan's Motion for a Court Order Requiring Nevada Southern Detention Center to Provide him Halal Meals (#47) is **denied without prejudice**.

      DATED this 13th day of February, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**