1

2

3                          UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5                                    * * *

6    UNITED STATES OF AMERICA,              2:12-cr-072-MMD-CWH-1

7              Plaintiff,                   **ORDER GRANTING**
                                            **DEFENDANT MARVIN DUANE**
8    vs.                                    **EVANS' MOTION FOR A COURT**
                                            **ORDER REQUIRING NEVADA**
9    MARVIN DUANE EVANS, and                **SOUTHERN DETENTION CENTER TO**
     WILLIAM MORRIS EBRON,                  **PROVIDE HIM HALAL MEALS**
10

11             Defendants.

12

13        Based on Defendant Marvin Duane Evans's Motion for a Court Order Requiring Nevada

14   Southern Detention Center to Provide Him Halal (Kosher certified) Meals, and good cause

15   appearing,

16        IT IS HEREBY ORDERED that the Nevada Southern Detention Center shall provide inmate

17   Marvin Duane Evans Halal (Kosher certified) meals.

18        DATED this 18th day of April, 2013.

19

20

21

22        _____
          MIRANDA M. DU
23        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                        4